IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **TOMMY PRINCE and** * <br> **TREVA PRINCE,** * <br> * <br> **Plaintiffs,** * <br> * No. 1:24-cv-02598-STA-jay <br> v. * <br> * <br> **SHANDONG ODES INDUSTRY CO., LTD.** * <br> **A/K/A SHANDONG LIANGZI POWER CO.** * <br> **LTD., ODES USA INC. D/B/A AODES USA,** * <br> **MASSIMO MOTOR SPORTS, LLC and** * <br> **LAKE HILL MOTORS, INC.,** * <br> * <br> **Defendants.** * | |

### ORDER GRANTING DEFENDANT MASSIMO MOTOR SPORTS, LLC'S MOTION TO COMPEL INITIAL DISCLOSURES

This cause came to be heard upon the motion of Defendant Massimo Motor Sports, LLC ("Massimo"), to compel Plaintiffs to serve their Initial Disclosures to Massimo, filed on May 30, 2025. (ECF No 76). Plaintiffs have not responded to the motion. Massimo requested copies of Plaintiffs' Initial Disclosures on April 11, 2025, and again on May 6, 2025, with no response. Accordingly, Massimos' motion is **GRANTED**. Plaintiffs must serve Massimo their initial disclosures within seven (7) days of the entry of this order.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 17, 2025